UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANK BENITEZ-GARRIDO,

Petitioner,

v. Case No.: 2:26-cv-01257-SPC-NPM

D.H.S./I.C.E. *et al.*,

Respondents.
_______________________________/

**OPINION AND ORDER**

Before the Court is the Federal Respondents' Motion for Clarification (Doc. 10). Frank Benitez-Garrido filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001). The Court found no significant likelihood Benitez-Garrido would be removed in the reasonably foreseeable future. But in light of Benitez-Garrido's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public. In their motion, the federal respondents state that under the facts of this case, concerns about dangerousness do not justify continued detention. Benitez-Garrido is thus entitled to release from detention, but he remains subject to reasonable conditions of supervision.

The Court recognizes that releasing a convicted criminal from custody might cause anxiety. But the law is clear—the government cannot use

indefinite detention as a stand-in for removal when its removal efforts fail. What is more, there is a procedure for the continued detention of specially dangerous aliens subject to removal, and the government chose not to invoke it. *See* 8 C.F.R. § 241.14(f). Faithful application of the law as it currently stands allows for only one result—the petitioner's release from custody. Reasonable minds may differ on the wisdom of that result, but changes to the law must come from Congress, not a federal judge.

Accordingly, it is hereby

**ORDERED:**

Frank Benitez-Garrido's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

1. The respondents shall release Benitez-Garrido within 24 hours of this Order, and they shall give him telephone access so he may arrange transportation from the facility.
2. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on August 3, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record